**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| SAFETY-KLEEN CORP., <u>et al.</u>, | ) | Case No. 00-2303 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| SAFETY-KLEEN CORP., <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 03-556272 (PJW) |
| v. | ) | |
| | ) | Civil Action No. 04-333 |
| NATIONSBANC MONTGOMERY SECURITIES, LLC (n/k/a Banc of America Securities, LLC), | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Safety-Kleen Corp.'s ("Movant") *Motion of Safety-Kleen Corp., et al. to Withdraw the Reference from the Bankruptcy Court Pursuant to 28 U.S.C. § 157(d)* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. Effective upon the conclusion of all pretrial matters, which shall be handled by the Bankruptcy Court, the automatic reference of this adversary proceeding shall be withdrawn, and trial shall be held in this Court.

Dated: March 2, 2005                    _____/s/_____
                                         UNITED STATES DISTRICT JUDGE