**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re:

SAFETY-KLEEN CORP., *et al.*,

    Debtors.

---

| | |
|---|---|
| SAFETY-KLEEN CORP., *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>  v. )<br>)<br>NATIONSBANC MONTGOMERY )<br>SECURITIES, LLC (n/k/a Bank of )<br>America Securities, LLC), )<br>)<br>    Defendant. ) | Civil Action No. 04-333 (GMS)<br><br><br><br><br>(BANKRUPCTY # 00-2303) |

**NOTICE OF CASE SETTLEMENT**

    **PLEASE TAKE NOTICE** that on August 19, 2004, a *Stipulation for Voluntary Dismissal with Prejudice* [Docket No. 28] ("Stipulation") was filed in the above-captioned adversary proceeding ("Adversary Proceeding") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). A copy of the Stipulation is attached hereto as Exhibit A.

    **PLEASE TAKE FURTHER NOTICE** that the Adversary Proceeding was closed by the Bankruptcy Court on August 20, 2004.

    **PLEASE TAKE FURTHER NOTICE** that this case may now be closed on the Court's docket.

2

| | |
|---|---|
| Dated: April 13, 2005 | CONNOLLY BOVE LODGE & HUTZ LLP |

**/s/ Jeffrey C. Wisler**
Jeffrey Wisler (#2795)
Christina M. Thompson ($3976)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

and

GENOVESE JOBLOVE & BATTISTA, P.A.
John H. Genovese
David C. Cimo
Brett M. Amron
3600 Bank of America Tower
100 SE 2nd Street
Miami, Florida 33131
(305) 349-2300

*Co-Counsel for the Plaintiff*