# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

SAFETY-KLEEN CORP., et al.,

Debtors.

Chapter 11
Jointly Administered under
Case No. 00-2303 (PJW)

SAFETY-KLEEN CORP., et al.,

Plaintiffs,

v.

NATIONSBANC MONTGOMERY
SECURITIES, LLC (n/k/a Banc of
America Securities, LLC),

Defendant.

Adv. Pro. No. 03-55672

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, Safety-Kleen Corp., et al. (collectively, the "Plaintiffs" or "Debtors"), and Defendant NationsBanc Montgomery Securities, LLC (N/K/A Banc of America Securities, LLC) ("NationsBanc"), pursuant to Fed.R.Civ.P. 41(a)(1), as made applicable by Fed.R.Bankr.P. 7041, hereby file this Stipulation for Voluntary Dismissal With Prejudice (the "Stipulation") as to those claims between them in this adversary proceeding. This Stipulation may be executed in counterparts and facsimile signatures are acceptable as original signatures in executing this Stipulation. The Debtors and NationsBanc shall bear their own fees and costs associated with this adversary proceeding.

551235v1

#28
8/19/04

Dated: Wilmington, Delaware
August __, 2004

| | |
|---|---|
| DAVIS POLK & WARDWELL<br>James P. Rouhandeh<br>James I. McClammy<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 | GENOVESE JOBLOVE & BATTISTA, P.A.<br>John H. Genovese<br>David C. Cimo<br>Brett M. Amron<br>3600 Bank of America Tower<br>100 SE 2nd Street<br>Miami, FL 33133<br>(305) 349-2300 |
| -and- | -and- |
| THE BAYARD FIRM<br><br>_/s/ Eric M. Sutty_<br>Neil B. Glassman (#2087)<br>Eric M. Sutty (#4007)<br>222 Delaware Avenue<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000 | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>_/s/ Jeffrey C. Wisler_<br>Jeffrey C. Wisler (#2795)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| *Counsel for NationsBanc*<br>*Montgomery Securities, LLC* | *Counsel for the Plaintiffs*<br>*Safety-Kleen Corp., et al.* |

File a Court document:
03-55672-PJW Safety-Kleen Corp., et al. v. NationsBanc Montgomery Securities LLC

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Wisler, Jeffrey C. entered on 8/19/2004 at 10:21 AM EDT and filed on 8/19/2004
**Case Name:**    Safety-Kleen Corp., et al. v. NationsBanc Montgomery Securities LLC
**Case Number:**  03-55672-PJW
**Document Number:** 28

**Docket Text:**
Stipulation of Dismissal *Stipulation for Voluntary Dismissal with Prejudice* Filed by Safety-Kleen Corp., et al. (Wisler, Jeffrey)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: K:\Bankruptcy\JCW\767904 Stipulation for Dismissal (Nationsbanc).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/19/2004] [FileNumber=2900097-0]
[3b967913d10e4061baf384538aa59b56c9c00149cad58ddd91798d54f3f94dfcda35
cd65053ec01f4e7db575a0225c72915adf0ef4d0ff3074b93b6e09536915]]

**03-55672-PJW Notice will be electronically mailed to:**

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Christina Maycen Thompson    cthompson@cblhlaw.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Jeffrey C. Wisler    jcw@cblhlaw.com

**03-55672-PJW Notice will not be electronically mailed to:**