**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on the 13th day of April 2005, a true and correct copy of the **Notice of Case Settlement** was served in the manner indicated upon the following counsel:

**BY HAND DELIVERY**
Neil B. Glassman, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

**BY TELEFAX AND U.S. MAIL**
James P. Rouhandeh, Esq.
James I. McClammy, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

                                  **/s/ Jeffrey C. Wisler**
                                        Jeffrey Wisler

#391070